**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

---

**TANYA CIHLAR,**

**Plaintiff,**

**vs.** **Case No.: 15-cv-560**

**CAROLYN COLVIN,**
**Commissioner of Social Security,**

**Defendant.**

---

# NOTICE OF APPEAL

---

***Notice is hereby given*** that Tanya Cihlar, by her attorney, Dana W. Duncan, Duncan Disability Law, S.C. plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit, an order dated September 12, 2016 and the judgment dated September 12, 2016 by Federal District Judge Barbara Crabb which affirmed the decision of the Defendant, Carolyn Colvin, Commissioner of Social Security, denying plaintiff's application for disability insurance benefits under 42 U.S.C. §§ 216(i) and 223.

Dated this 11th day of November, 2016.

**DUNCAN DISABILITY LAW, S.C.**
Attorneys for the Plaintiff

/s/ Dana W. Duncan
______________________________
Dana W. Duncan
State Bar I.D. No. 01008917
555 Birch St
Nekoosa, WI 54457
(715) 423-4000